CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF:** Aaren Williams Striplin - Highpriest Aaron tribe of Levi

**Address (No Post Office Boxes):** Blair House Shelter 635 I Street NE

**City:** Washington **State:** DC **Zip Code:** 20002

Case: 1:23-cv-01520
Assigned To: Unassigned
Assign. Date: 5/26/2023
Description: Pro Se Civ. Gen (F-Deck)

**VS.**

**DEFENDANT:** Jill Biden / Robert Hunter Biden

**Address (No Post Office Boxes):** 1600 Pennsylvania Ave NW

**City:** Washington **State:** DC **Zip Code:** 20500

**CIVIL ACTION NO.** _____

**Jury Trial:** ☑ Yes ☐ No

## COMPLAINT

youtube.com impeachmentcommittee Impeach Joe Biden and Kamala Harris rico act never reply all trump kid for tape/make on mobility device DC court seat Nov 1 2022 to 2023 to Barack Obama and Malia Obama hired Denma Cooper and Aalyah Cooper to kill Aaren Williams Striplin after the killed him in Jackson Memorial Hospital Miami Florida on with their obama card and obama phones Because Donald John Trump and the trump Organization killed Helen Grace Striplin McLeod Smith for her just pay yearly taxes house at 9510 Arrowhead Falls Ct Las Vegas Nevada 89148 Babe Biden and Christopher Wray with Jill Biden and Robert Hunter Biden and Kamala D. Harris killed (1) Chantell Renee Pence 1324 N. Rodeo Street Rodeo CA 94572 (2) Ashley Lunnie 148 Dempsey way Rodeo CA 94572 (3) Linder Lois Lunnie (4) Aaron Jonell Crystal Lunnie (5) Darren Striplin 1-6 Same Address then they killed Shinzo Abe prime minister of Japan in nora japan prime minister of Japan 2023 is the witness and Chasko Striplin so Obama Trump Biden FBI/Metropolitan police Hired John G. Roberts Jr. to kill all of the plaintiffs in US supreme court for the relief sought are they are all transit Amtosaxen paraplegics African American paraplegic and are all using their mobility devices to steal from the mobility device of Aaren Williams Striplin with Microsoft phoebe gates/Bill gates/Melinda gates/rory gates/Jennifer gates in an DAPL change from 2023 to 2008 Aaren Williams Striplin is an African American paraplegic with eye contact and voice recorder that can sue them hiring mike hugger iden Willia Stor and BB Jumpster to kidnap him from Carrizenez middle school 1997 to 2008 for ransom and raping him repeatedly they payed money to kill him up on criminal M. Rods to show and rape 2 Kelly CC C201 Malio Obama movie financial Money issued the plant Dipsomaty to kill Arenstriplin SSA $200.00 token district.com Pay 200000 Esq will are alleged Will of Heese ... to Kidnap Ara Striplin for band Bank Black House Shelter/USPostoffice pay back will of estate and Helen grace they killed Aaron lunie for Bank Bank they did Bank Bank...

**Original Signature (in pen):** Aaren Williams Striplin Free man

**Name (if applicable, Prisoner ID No.):** 

**Address or Facility Address:** Blair House Shelter 635 I Street NE

**City:** Washington **State:** DC **Zip Code:** 20002

Rev: 01/10/2023
*Use additional pages as needed